USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/20/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VOLTAGE HOLDINGS, LLC, *et al.* ) | |
| ) | Civil Case No. 1:21-cv-05708-UA |
| Plaintiffs, ) | |
| ) | NOTICE OF WITHDRAWAL OF |
| v. ) | APPEARANCE |
| ) | |
| FRONTIER COMMUNICATIONS ) | |
| CORPORATION, ) | |
| ) | |
| Defendants ) | |
| ) | |

**Please take notice** of the withdrawal of appearance for JOSHUA J. LEE, counsel for Plaintiffs Voltage Holdings, LLC; Backmask, LLC; Union Patriot Capital Management, LLC; Venice PI, LLC; Bedeviled, LLC; MON, LLC; Colossal Movie Productions, LLC; WWE Studios Finance Corp; TBV Productions, LLC; Definition Delaware LLC; I Am Wrath Productions, Inc.; Hannibal Classics Inc.; Justice Everywhere Productions LLC; Badhouse Studios, LLC; After Productions, LLC; Rise Up, LLC; Status Update LLC; Morgan Creek Productions, Inc.; Shock and Awe, LLC; Fun Mom Dinner, LLC; Dead Trigger Movie, LLC; YAR Productions, Inc.; Gunfighter Productions, LLC; Ace in the Hole Productions, LP; SF Film, LLC; The Rest of Us, Inc.; Killing Link Distribution, LLC; Cell Film Holdings, LLC; Dallas Buyers Club, LLC; Screen Media Ventures, LLC; Rambo V Productions, Inc.; Millennium Funding, Inc.; Millennium IP, Inc.; LHF Productions, Inc.; UN4 Productions, Inc.; Millennium Media, Inc.; Bodyguard Productions, Inc.; Hunter Killer Productions, Inc.; Fallen Productions, Inc.; HB Productions, Inc.; Laundry Productions, Inc.; Black Butterfly Film, LLC; AMBI Distribution Corp.; Dubious Productions, Inc.; Rupture CAL, Inc.; Future World One,

LLC; Groove Tails Productions, LLC; Family of the Year Productions, LLC; Outpost Productions, Inc.; Nikola Productions, Inc.; Eve Nevada, LLC; After II Movie, LLC; Wonder One, LLC; and American Cinema International, Inc. ("Plaintiffs") in the above-captioned action.

Joshua Lee is leaving the firm of Culpepper IP, LLLC. Plaintiffs will continue to be represented in this matter by Kerry S. Culpepper of Culpepper IP, LLLC.

Dated: Kailua-Kona, HI December 16, 2021

                                                Respectfully Submitted,

                                                 */s/ Joshua J. Lee*
                                                Joshua J. Lee (*Pro Hac Vice*)
                                                **CULPEPPER IP, LLLC**
                                                75-170 Hualalai Rd., STE B204
                                                Kailua-Kona, HI 96740
                                                Telephone: (808) 464-4047
                                                Facsimile: (202) 204-5181
                                                Joshua.lee@culpepperip.com

GRANTED.

SO ORDERED.

Dated: December 20, 2021
       New York, New York

                                                ANALISA TORRES
                                                United States District Judge

2