# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VOLTAGE HOLDINGS, LLC, *et al.* | ) ) ) Civ. Case No.  1:21-cv-05708-AT ) *Related case*:  1:21-cv-05050-AT ) |
| Plaintiffs, | ) ECF Case ) |
| v. | ) ) |
| FRONTIER COMMUNICATIONS CORPORATION, | ) **NOTICE OF WITHDRAW OF** ) **COUNSEL** ) ) ) ) |
| Defendant. | ) ) |

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT Austin L. Klar should be removed from the Court's service list with respect to the above referenced action. Kirkland & Ellis LLP continues to serve as counsel for Defendant through its attorneys: i) Mark E, McKane, ii) Stephen E. Hessler and all future correspondence and papers in this action should continue to be directed to them.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 10, 2022<br>New York, New York | */s/ Stephen E. Hessler*<br>Stephen E. Hessler, P.C.<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>Patrick Venter<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>- and -<br><br>Chad J. Husnick, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>-and-<br><br>Massimo Fabio D'Angelo<br>Akerman LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone:    (212) 880-3800 |